■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDISON B. MINOR, Appellant. [631 NYS2d 270] —Judgment unani-

mously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Robbery, 3rd Degree.) Present—Denman, P. J., Pine, Fallon, Callahan and Balio, JJ.